| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Piersol, Lawrence L. | 2. Court or Organization U.S. District Court, SD | 3. Date of Report 04/01/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Federal Courthouse, Suite 202
400 South Phillips Avenue
Sioux Falls, SD 57104-6851

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 04/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 04/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Bank and Trust | Note: Line of credit and Cabin | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 04/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Housing Partnership | A | Dividend | J | W | | | | | |
| 2. Farm #1 (Moody Co., SD) | C | Rent | L | W | | | | | |
| 3. The Equitable, whole life insurance (Y) | | | | | | | | | |
| 4. IBM | A | Dividend | | | Sold | 01/03/18 | K | A | |
| 5. Verizon Communications | A | Dividend | K | T | | | | | |
| 6. Viacom Inc. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 7. American Express Co. | A | Dividend | K | T | | | | | |
| 8. Bristol-Myers Squibb | A | Dividend | | | Sold | 01/03/18 | K | A | |
| 9. Ford Mtr. Co. Del. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 10. General Electric Corp. | A | Dividend | K | T | | | | | |
| 11. RJR Nabisco Group | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 12. Safeway | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 13. Associates First Cap. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 14. Charles Schwab Co. Money Market | C | Interest | M | T | | | | | |
| 15. Ckg Accts, (2) First Bank & Trust, SxFalls & Bkgs, SD | A | Interest | K | T | | | | | |
| 16. Ckg Accts, (2) First Natl Bank, SxFalls, SD | A | Interest | J | T | | | | | |
| 17. Mutual Beacon Fund | B | Dividend | | | Sold | 03/12/18 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 04/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sogen Overseas Fund (now called First Eagle Overseas Fund) | A | Dividend | | | Sold | 01/12/18 | J | B | |
| 19. Commercial Property Parcel 1 (Minnehaha Co., SD) | F | Rent | P1 | W | | | | | |
| 20. Commercial Property Parcel 2 (Minnehaha Co., SD) | E | Rent | O | W | | | | | |
| 21. Apartment Interests (Minnehaha Co., SD) | E | Rent | N | W | | | | | |
| 22. Franklin Mutual Global Discovery Fund | A | Dividend | | | Sold | 03/12/18 | M | E | |
| 23. Exxon Stock | B | Dividend | M | T | | | | | |
| 24. Vanguard Total Stock Mkt Idx Adm | E | Dividend | N | T | | | | | |
| 25. Farm #2 (Moody Co., SD) | D | Rent | O | W | | | | | |
| 26. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 27. SBC Communications, Inc. | A | Dividend | | | Sold | 01/03/18 | K | A | |
| 28. Dominion Resources | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 29. Excelsior Income Shares | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 30. Johnson & Johnson | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 31. LG&E Energy Corp. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 32. Merck & Co., Inc. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 33. Microsoft | C | Dividend | L | T | | | | | |
| 34. Visteon Corp. | A | Dividend | | | Sold | 01/03/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 04/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameriprise Fin. Inc. | A | Dividend | J | T | | | | | |
| 36. Zimmer Hlds Inc. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 37. Real Property Bare Land #1 (Lake Co., SD) | | None | L | W | | | | | |
| 38. AT&T, Inc. | A | Dividend | K | T | | | | | |
| 39. Adams Express Co. | A | Dividend | J | T | | | | | |
| 40. Alliant Energy Corp. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 41. Ameren Corporation | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 42. Black Hills Corp. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 43. DNP Select Income Fund | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 44. Energen Corp. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 45. FT Dearborn Inc. Sec Inc. | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 46. Frontier Communications | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 47. The Southern Company | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 48. Xcel Energy Inc. | A | Dividend | | | Sold | 01/03/18 | K | A | |
| 49. CBS Corp | A | Dividend | | | Sold | 01/03/18 | J | A | |
| 50. Deere & Co. Stock | A | Dividend | K | T | | | | | |
| 51. BBCP Conductor Inc. | | None | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Piersol, Lawrence L. | 04/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Motors | A | Dividend | | | Sold | 01/03/18 | K | A | |
| 53. Coca Cola | A | Dividend | J | T | | | | | |
| 54. AmeriGas Partners | A | Dividend | | | Sold | 10/03/18 | K | A | |
| 55. Berkshire Hathaway B (See VIII) | | None | M | T | | | | | |
| 56. Blackstone Group LP | A | Dividend | K | T | | | | | |
| 57. U S Treasury 6 month | D | Interest | N | T | Buy | 11/23/18 | M | | |
| 58. American FD Europacific | | None | K | T | Buy | 03/13/18 | K | | |
| 59. Vanguard International Growth | | None | K | T | Buy | 03/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. 56.  Berkshire Hathaway B

The following are owned by Berkshire Hathaway where Berkshire Hathaway has 5% or more ownership in that company:

- American Express Company
- The Coca-Cola Company
- Moody's Corporation
- U.S. Bancorp
- Wells Fargo & Company
- GEICO - wholly owned
- General Re - wholly owned
- Burlington Northern RR - wholly owned
- USG Corporation
- United Continental Holdings Inc.
- Southwest Airlines Co.
- Delta Airlines Inc.
- The Bank of New York Mellon Corp.
- Bank of America Corp.
- Apple Inc.
- Kraft Heinz

VII., Line 19, Schwab Money Market, was a duplicate and should not have been there.  It was a msitake and has been deleted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence L. Piersol**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544